UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLIN MORTGAGE CAPITAL, LLC,<br><br>Plaintiff<br><br>v.<br><br>EDWAN S. THURMOND,<br><br>Defendant | Case No.: 2:24-cv-01147-APG-MDC<br><br>**Order Granting Motion to Remand Case to State Court**<br><br>[ECF No. 13] |

Defendant Edwan Thurmond removed this action to federal court after more than a year of litigating in state court. ECF No. 1. Plaintiff Marlin Mortgage Capital, LLC moves to remand the case to state court because it was not timely removed. ECF No. 13. Marlin is correct. A case must be removed to federal court

> within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b)(1). This case was commenced in state court in April 2023. ECF No. 14-1 at 1. Thus, Thurmond's removal in July 2024 is well past the statutory deadline. Contrary to Thurmond's argument, the state court's entry of summary judgment against him does not create a new right to remove or start a new removal clock ticking.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the plaintiff's motion to remand **(ECF No. 13) is granted.** This case is remanded to the state court from which it was removed for all further proceedings. All pending motions are denied as moot.  The Clerk of the Court is instructed to close this case.

DATED this 18th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2