UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLIN MORTGAGE CAPITAL, LLC, <br><br> Plaintiff <br><br> v. <br><br> EDWAN S. THURMOND, <br><br> Defendant | Case No.: 2:24-cv-01147-APG-MDC <br><br> **Order Denying Motion for Reconsideration and Motion to Strike** <br><br> [ECF Nos. 31, 32] |

I previously remanded this case to state court. ECF No. 30. Defendant Edwan Thurmond moves for reconsideration of that order and to strike the plaintiff's earlier response to Thurmond's motion to remove. ECF Nos. 31, 32. Thurmond presents no good reason to reconsider my prior order or to strike the plaintiff's response.

I THEREFORE ORDER that the defendant's motions to reconsider and to strike **(ECF Nos. 31, 32) are denied**.

DATED this 16th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE